IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

  V.                            CASE. NO.  3:99CR00217-002 (PG)

RAFAEL ORTEGA-REY
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

## ORDER

      Upon petition of  JOSE A. FIGUEROA, U.S.  PROBATION OFFICER of this Court, alleging

that offender, Rafael Ortega-Rey,  has failed to comply with his conditions of supervised release,

it is **ORDERED** that offender appear before this Court on _____ 2005, at

_____, for a hearing to show cause, if there be any, why his supervised release on the above-

entitled case should not be revoked.  Thereupon,  the offender to be dealt with pursuant to law.

      At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

      The Clerk shall issue the corresponding warrant for the offender's arrest, and notify defense

counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this      day of April 2005.


_____
Juan M. Pérez-Giménez
U.S. District Judge