IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.                                      CASE. NO. 3:99CR00217-002 (PG)

RAFAEL ORTEGA-REY
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

Upon petition of JOSE A. FIGUEROA, U.S. PROBATION OFFICER of this Court, alleging that offender, Rafael Ortega-Rey, has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on _June 8_ 2005, at _9:00AM_, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _18th_ day of ~~April~~ May 2005.

_____
Juan M. Pérez-Giménez
U.S. District Judge