**IN  THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Start:11:20 a.m.
End: 11:23 a.m.

MINUTES OF PROCEEDINGS                                    DATE: July 14, 2005

BEFORE HONORABLE CAMILLE L. VELEZ-RIVEI, U. S. MAGISTRATE  JUDGE

| | |
|---|---|
| United States of America | CASE NO.      99-217(PG) |
| Plaintiff | COURTROOM DEPUTY:  Yelitza Rivera-Buonomo |
| vs. | COURT INTERPRETER: |
| | Attorneys: |
| 2-RAFAEL ORTEGA-REY | For Plaintiff:  AUSA Lynn Doble |
| Defendant(s) | PTS:    Angel Meaux |
| | INT. |
| | For Defendant(s): |
| | Arrest Date:      7/14/05 |

_____X_____ Initial appearance on revocation held.

_____ Defendant(s) **was** interviewed by Pretrial Services Officer.

_____X_____ Defendant(s) was/were advised of the charges, rights, and given a copy of

_____Complaint _____ Indictment _____ Information ___X_____ Other

_____Removal hearing is set for _____

_____Detention hearing is set for_____

_____ Bail hearing is set for_____

_____ Arraignment set for  _____

_____Foster hearing set for  _____

___X_____ Preliminary on Revocation set for **JULY 22, 2005 AT 9:30 A.M. BEFORE JUDGE PEREZ-GIMENEZ**

___X_____Defendant(s) is  committed.

_____Arraignment hearing set before Magistrate Judge _____Camille Velez-Rive _____Gustavo A. Gelpi

_____ Arraignment hearing set before _____ Justo Arenas _____ Aida M. Delgado-Colon

_____X_____ Government's request is   Detention without bail

_____X_____Defendant(s) will be represented by ___X_____ Federal Public Defender _____Retained counsel

_____Defendant(s) will be represented by Court appointed counsel.

_____ Defendant(s) left on his/her/their own recognizance.

_____ Bond set at_____

S/Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk