IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>2- RAFAEL ORTEGA-REY<br><br>Defendant | CR. NO. <u>99-217(PG)</u> |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   <u>July 14th, 2005</u>  _____

                                            FRANCES RIOS DE MORAN
                                                   Clerk of the Court

                                              By: <u>S/ Yelitza Rivera-Buonomo</u>
                                                      Yelitza Rivera-Buonomo
                                                         Deputy Clerk