cr 99-217 (PG)

*Received + Filed*
*2/24/06 at 11 AM*
*Mrs. Deputy Clerk*

Muy Buenos Días Hon. Juez Perez Gimenez gracias por la oportunidad de poder expresarme Su señoría, Desearía qué se me dé la oportunidad para volver a la libre comunidad junto a mi familia y seres queridos, el tiempo qué llevo hasta ahora en la cárcel me ha hecho ~~████~~ Reflexionar sobre mis Prioridades como Esposo, Padre y como ser humano entendiendo qué es muy poca ó ninguna Rehabilitación qué uno puede obtener estando encerrado por eso es qué humildemente me pongo a la misericordia de esta Honorable corte para seguir mi vida normal junto a mis hijos y demás seres queridos, Trabajar duro y honesto para ellos y sobre todo Para mi mismo de concederme el Privilegio de retornar junto a los mios no lo desperdiciaré sino qué aprovecharé al maximo la oportunidad

qué se me pueda brindar con la promesa de no volver a fallar nuevamente la decisión no esta en mis manos y por eso es qué me pongo a la misericordia de esta Honorable Corte, Gracias.