AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| **RAFAEL ORTEGA-REY** | Case Number: 99 CR 217-02 (PG) |
| Luis Llorens-Torres, Edif. 83, Apt. 1610 | |
| San Juan, PR 00936 | |
| Tel: (787) 726-0836 and 223-2350 | |
| To: The United States Marshal | |
| and any Authorized United States Officer | |

YOU ARE HEREBY COMMANDED to arrest _____RAFAEL ORTEGA-REY_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release term.

*RECEIVED & FILED 2007 APR 16 PM 2:55 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

Signature of Issuing Officer  By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

June 7, 2005 at Hato Rey, Puerto Rico
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-14-05 | Daniel Cruz | By: [signature] |
| DATE OF ARREST | DUSM | |
| 7-13-05 | | |