IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2007 JUN 14 AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA

vs                                          CASE NO 3:99-CR-217-02 (PG)

RAFAEL ORTEGA-REY

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE

Upon petition of **ABNER VALCARCEL, U.S. PROBATION OFFICER** of this Court, alleging that offender, **Rafael Ortega-Rey**, has failed to comply with his conditions of supervision, it is

ORDERED that offender appear before this Court on _July 6_, 2007 at _9:45 A.M._ to show cause, if there be any reason why his supervised release should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing, offender will be entitled:

1. **To the disclosure of evidence against him**
2. **To present evidence in his own behalf**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel**

**The Clerk shall issue the corresponding warrant for the offender's arrest and provide all pertinent parties with copy of this Order.**

**IT IS ORDERED.**

In San Juan, Puerto Rico this _13th_ day of _June_ 2007.

_____
Juan M. Pérez-Giménez
Senior United States District Judge