IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
****************************
                            *
United States of America    *
                            *
vs                          *         99-217 (PG)
                            *
Rafael Ortega-Rey           *
                            *
****************************
```

MOTION TO REQUEST ORDER FOR ATTORNEY TO VISIT ME

I appear PRO SE in order to inform this Court that my attorney, Mr. Héctor Guzmán, has left in a state of neglect. My family has called him over the telephone three times unsuccessfully. He has not been to the Metropolitan Detention Center to confer with me. I have been in prison since Augsut 1st.

I hereby submit the following MOTION: that this Court order Mr. Héctor Guzmán, of the Office of the Federal Public Defender for Puerto Rico, to vist me at the earliest.

Respectfully submitted,

Rafael Ortega-Rey

*[signature: Rafael Ortega-Rey]*

18 September 2007