Rafael Ortega-Rey
19063-069
Metropolitan Detention Center
Box 2005
Cataño PR  00963-2005

SAN JUAN PR 009
20 SEP 2007 PM 3 L

USA 41

Clerk
United Sates Dictrict Court
Federal Building
150 ChaRDON Street
San Juan PR  00918