AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__JUDICIAL__ District of __PUERTO RICO__

UNITED STATES OF AMERICA

V.

**Rafael ORTEGA-REY**
Luis Llorens Torres, Bldg. 83, Apt. 1610
San Juan, PR 00913

**WARRANT FOR ARREST**

Case Number: **99 CR 00217-02 (PG)**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Rafael ORTEGA-REY__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

| JUAN M. PEREZ-GIMENEZ | s/ Janet González |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer   By: Janet González, Deputy Clerk |
| UNITED STATES DISTRICT JUDGE | June 15, 2007 at Hato Rey, Puerto Rico |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6-18-07 | NAME AND TITLE OF ARRESTING OFFICER JOSE MIRANDA TFA | SIGNATURE OF ARRESTING OFFICER By: [signature] |
|---|---|---|
| DATE OF ARREST 8-1-07 | | |